**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Nathaniel Bradley, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-001121

---

## ON WRIT OF CERTIORARI

---

Appeal From Sumter County
R. Ferrell Cothran, Jr., Trial Judge
George C. James, Jr., Post-Conviction Relief Judge

---

Unpublished Opinion No. 2023-UP-405
Submitted December 1, 2023 – Filed December 20, 2023

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Nathaniel Bradley's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.